# UNITED STATES DISTRICT COURT

EASTERN DIVISION                             District of    MASSACHUSETTS

JAMES HUXLEY,
Plaintiff           V.

NATIONAL RAILROAD PASSENGER CORPORATION
a/k/a AMTRAK,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03 12352 GAO

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
a/k/ Amtrak
253 Summer Street
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
(617) 439-4990
BBO#564720

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11-21-03