UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES HUXLEY,<br>            Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, a/k/a AMTRAK,<br>            Defendant. | CIVIL ACTION NO.03 12352 GAO |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff James Huxley and the defendant National Railroad Passenger Corporation a/k/a Amtrak hereby stipulate that all claims in this action be, and hereby are, dismissed with prejudice and without costs or fees.

So stipulated,

PLAINTIFF

JAMES HUXLEY,
By his attorneys,

_____
Michael J. McDevitt (BBO#: 564720)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

DEFENDANT

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,
By its attorneys,

_____
Thomas C. Fredico, (BBO# 160830)
Philip M. Hirshberg, (BBO# 567230)
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

1

_Diane M. Shields_ /s/ccn
_____
Diane M. Shields (BBO#: 550334)
Attorney At Law
1245 Hancock Street, Suite 9
Quincy, MA 02169
(617) 773-5755

Dated: